AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00267 |
| v. | ) | Assigned To : Harvey, G. Michael |
| Andrew William GRISWOLD | ) | Assign. Date : 3/1/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew William GRISWOLD,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building.

Date:   03/01/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.03.01 14:34:24 -05'00'

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/01/2021, and the person was arrested on *(date)* 03/05/2021
at *(city and state)* Pensacola, Florida.

Date: 03/05/2021

*Arresting officer's signature*

Heather Kinnard TFO Special Agent
*Printed name and title*

Scanned by CamScanner