IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        Case No.: 1:21-cr- 459-CRC-1
                                                            Division: Criminal

ANDREW W. GRISWOLD,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney, J. Christopher Klotz, files this Notice of Appearance on behalf of defendant, ANDREW W. GRISWOLD ("defendant") in the above-styled cause.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished to all attorneys of record in the above captioned case by service through the ECF-Case Filing Portal on October 6, 2021.

                                                            /s/ J. Christopher Klotz
                                                             J. Christopher Klotz
                                                             Stevenson Klotz, LLP
                                                             D.C. Bar No. 439409
                                                             510 E. Zaragoza Street
                                                             Pensacola, FL  32502
                                                             (850) 444-0000
                                                            (866) 251-7888 – Facsimile
                                                            chris@stevensonklotz.com
                                                            servicejck@stevensonklotz.com
                                                            Attorney for Defendant