IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    Case No.: 1:21-cr-459-CRC-1

ANDREW W. GRISWOLD,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO STRIKE

ANDREW W. GRISWOLD, by and through his undersigned attorney, respectfully inform the Court of no objection to the Government's Motion to Strike entered March 24, 2022.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished to all attorneys of record in the above captioned case by service through the ECF-Case Filing Portal on March 8, 2022.

                                                /s/ J. Christopher Klotz
                                                J. Christopher Klotz
                                                Stevenson Klotz, LLP
                                                D.C. Bar No. 439409
                                                510 E. Zaragoza Street
                                                Pensacola, FL  32502
                                                (850) 444-0000
                                                (866) 251-7888 – Facsimile
                                                chris@stevensonklotz.com
                                                servicejck@stevensonklotz.com
                                                Attorney for Defendant