# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-459 (CRC) |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | |
| **ANDREW WILLIAM GRISWOLD,** | : | |
| | : | |
| Defendant. | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **ANDREW WILLIAM GRISWOLD**, committed and attempted to commit an act to obstruct, impede, or interfere with a law enforcement officer from the United States Capitol Police, lawfully engaged in the lawful performance of his/her official duties incident to and during a civil disorder which in any way obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:       /s/
        ALEXIS J. LOEB
        Assistant United States Attorney
        Detailee
        450 Golden Gate Ave., 11th Floor
        San Francisco, CA 94102
        (415) 436-7200
        alexis.loeb@usdoj.gov