SCANNED

Mario Devito and Renee Cudvat (Owners)
Floors 2 Go
505 Mountain Dr.
Destin, FL 32541

June 17, 2022

RE: Mr. Andrew W. Griswold Civil Disorder Case

To the Presiding Judge, United States District Court,

We are writing on behalf of Mr. Andrew Griswold. Mr. Griswold has been our employee for over 5 years, and in this time, he has proven to be our top employee and has quickly risen to the position of Senior Installation Technician. Mr. Griswold is known for being a dedicated father with an infectious work ethic; frankly, he is our #1 employee and is sought after daily for his expertise by management and his colleagues.

Mr. Griswold has relayed to us the serious lack of judgment he exhibited and has since expressed deep remorse and the desire to address his personal issues as it relates to this case. As his employer, we are aware of some difficulties Mr. Griswold has faced in his personal life. The struggle of raising five school age children during a pandemic and balancing work demand has been overwhelming for Mr. Griswold and we believe this contributed to his lapse in judgment. We believe Mr. Griswold has every intention of improving and we are confident that he will develop new skills needed to avoid making such poor decisions in the future.

Mr. Griswold has shown steadfast and resolute demeanor in moving past this mistake in a successful and constructive manner. Our hope is this letter regarding the federal disorder case serves as a positive contributing factor for the court to consider upon sentencing.

Sincerely,

Mario Devito
Floors 2 Go (Owner)

Renee Cudvat
Floors 2 Go (Owner)



DEFENDANT'S
EXHIBIT
"A"

5/12/2022

Mr. Jacob Shelton
177 Kevin Dr
Gulf Breeze, FL 32561

Subject: Character Reference for Court

Dear Judge Christopher Cooper:

I, Jacob Shelton am writing this letter to provide a character reference about Mr. Drew Griswold. I have known Mr. Griswold as a friend since 2005 (17 years). I left for 5 years to serve in the U.S. NAVY and we kept in touch during that time before moving back to FL. I provide this reference in full knowledge of Mr. Griswold's case

I can say with total confidence that Mr. Griswold is an outstanding member of society. He has and always will be supportive of the people he knows and cares about. He has always owned up to any of his actions and corrected himself through any means necessary. I have counted on Mr. Griswold multiple times over the years I have known him and not once has he let me down. I know this to be true with other people also. Mr. Griswold is a generous, hardworking, and family oriented person who will always continue to be his best self.

Respectfully,

/es/ Jacob Shelton

To Whom It May Concern,

My name is Emily Hansen and I have had the pleasure of knowing Mr. Andrew Griswold for almost 10 years. I have watched Mr. Griswold be a son, brother, father, friend, and a working professional. Mr. Griswold has faced many challenges in his lifetime, like many of us, and in the face of trial and tribulation Mr. Griswold has remained faithful and strong in his beliefs. I have spent many moments with Mr. Griswold and there is never a moment where he is not helping his wife with the kids or lending a helping hand to someone in need. As we all know, Mr. Griswold is facing a huge impact on his life due to a split decision that now could cause detrimental harm to the people close to him. Mr. Griswold is someone that I know I could call upon and he would lend whatever he could in the time of my need. I find that during this time Mr. Griswold has shown incredible growth and it has been a tremendous learning lesson. In my opinion, it would be a huge loss for his family and more specifically his children. Mr. Griswold has an incredible relationship with his children and it would be an extreme loss to their care and development to miss out on time with their Dad. Mr. Griswold is dedicated to providing the best life possible for his family and works hard to maintain a healthy lifestyle to ensure that his children have everything they could possibly need or want. Mr. Griswold is an incredible man and I am blessed to call him a friend and family. The community that surrounds Mr. Griswold is strong and determined and there is nothing that his community cannot accomplish. We all stand behind Mr. Griswold and we hope that you can see the positive impact that Mr. Griswold has been making on each of our lives and how Mr. Griswold can continue to impact the community around him.

                Sincerely,

                /es/Emily Hansen

To whom it may concern,

This letter serves as a Character Reference for Andrew Griswold.

I have known Andrew as a neighbor, hired worker, and friend since 2005. Andrew was a mid-late teen when I first met him being the oldest of the 3 children raised by his mother and stepfather. Over the years I witnessed Andrew grow up as a fine young man and hard worker getting involved with his stepfather's landscaping and contracting business.

I hired Andrew multiple times to do various home repair work at my house. His timely performance and quality workmanship enabled me to provide him as a reference to many other friends and neighbors which lead to further business for him with satisfied customers.

As time went on Andrew became a father and husband, and is now the head of his own household raising 5 healthy and vibrant children. Andrew's character is morally sound, ambitious, and extremely self-sufficient. Andrew is a hard-working provider for his family, as well as a friend to many, and positive addition to the community.

Regards,

/es/ Blair Jadwin

Sonya Carter
100 Surgeres Place
Ocean Springs, MS 39564
Scarter29@att.net
228-547-3135

April 15, 2022

RE: Character Reference for Andrew Griswold

To Whom it May Concern,

I have known Andrew Griswold for many years and in many capacities! He is an amazing Father to his five children and a caring husband to his wife. He is an excellent provider for his family upon which they depend on him for full financial support. He is a wonderful son, brother, nephew, and grandson to his close and extended family, as well. He has strong Christian Family values and immensely cares for his neighborhood and community. He is an honest and trustworthy businessman and is always willing to go above and beyond what is expected of him. He is of good moral character and is respectful of his superiors.

Andrew is a dependable young man of great integrity. His humble nature and core values keep him grounded in his daily life. He is a kind, responsible and considerate citizen that has overcame many obstacles in his life to become the man he is today. I deeply and wholeheartedly request you carefully review my character reference, and I thank you kindly for your time and consideration.

Sincerely,
Sonya Carter

April 5, 2022

To Whom It May Concern

    My name is Michael Behnke and I am writing this letter in conjunction with Kimberly Modlin. We have had the pleasure of knowing Andrew Griswold for over 15 years. We have watched Andrew grow from a teenager into the friendly, confident young man he is today. We have seen Andrew face many challenges over this time, and like most of us, he has remained strong and faithful to his beliefs. We have spent time with Andrew at numerous family gatherings and always find him a joy to be around. On several occasions he has helped us complete projects around our house that we had no experience in or lacked the time due to our work schedule. On every occasion, Andrew's professionalism and pride was demonstrated in his work.

    As we all know, the reason for this letter is because Andrew made a split-second decision that could impact him and his family for the rest of his life. We believe his actions are truly out of character for the man we know Andrew to be. We would like to ask the court to consider the impact their actions could have on Andrew's wife and kids. Because Andrew is the sole income provider, the court's decision could be a huge financial loss for this family, in addition to the developmental time the kids would possibly miss out on with their dad. Andrew is very dedicated to providing for his family and ensuring he gives his wife and kids the best life possible. Any interruption in this, we feel would be a huge loss. Our hope is that you see and take in to consideration the positive impact that Andrew has on all the people's lives around him.

Very Respectfully,

Michael Behnke and Kimberly Modlin

April 28, 2022

District Judge Christopher R. Cooper
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

        Re:    *United States v. Andrew William Griswold*
                *Case No. 21-cr-259 (CRC)*

Your Honor:

Andrew Griswold is my son and an avid Trump supporter. When he attended the rally on January 6th, he had no idea that this rally would get so out of hand, that property would be damaged, and that people would be hurt and even killed. He is still in shock over the events of that day. He has expressed to me how extremely regretful he is of his actions that day.

The man that you saw on the videos and in the pictures is not the man that stands before you. My son is kind, courteous, good-hearted, and compassionate man. He would do anything for anybody, including giving you the shirt off his back. He is truly mortified by his actions and behavior that day. He is ashamed that he let himself get so involved in what was going on around him that he did things totally out of his character that day.

I believe as horrible as this situation has been on Andrew, he has learned a few lessons during this process and will never again allow himself to be in any situation that compels or pressures him to act outside of his character.

He is prepared to pay any fines and restitution necessary; however, I ask that you grant him probation so that he can continue to take care of his family. His wife is a stay-at-home mom and together they have 5 children. I worry about what will happen to my grandchildren if their father is not there to provide financial and emotional support.

Sincerely,

*/s/ William S. Hart*

William S. Hart

850.217.6222

Brandon Cyr
710 Green St.
Fort Walton Beach, FL 32547


To honorable judge

I am writing this letter on behalf of Andrew Griswold. Andrew Griswold and I
share a close bond of friendship of more than ten years. He has always been responsible, trustworthy and focused. Andrew Griswold, is well respected as a husband and a lovable father/uncle/friend. He is a hard worker that does what it takes to get the job done, to provide for his family. Andrew is very involved in his children's life who the look up to him and think the world of. He is also compassionate, kind and never misses the opportunity to help others.
It is my sincere hope the court takes this letter into consideration. Despite the current case, i still believe Andrew Griswold to be an honorable individual, and a good human being.


Sincerely,

/es/ Brandon Cyr

Your Honor,

As the mother of Andrew Griswold my heart truly aches for all involved. My son is a father, husband, caregiver, and a business owner. He is my first born child. I as many other parents have a unconditional love for my son Andrew. I only pray for peace in our family for this Situation to be fair for my son, who has been very upset since his arrest. Andrew is a fabulous guy, a great person, and a wonderful father to his five beautiful children. He has been patient, and kind through this process, and above all respectful to all. I have prayed every day for months for my son Andrew. Our family has gone through a lot of heartache in the last few months. Andrew has lost his grandfather in November, and his grandmother in December due to Covid. We are a family of strength, but very exhausted from all the sadness that we have had to endure in the last six months, and throughout the past year. I only wish you knew my son on a personal level, as he is a honest, caring, big hearted, young man. He would give you the shirt off his back, and food to help feed your family if it was his last dollar. I worry every day, the toll this takes on my son, as far as stress is considered. Andrew would never intentionally hurt, or cause harm to anyone. His children are at a very impressionable age and I feel they need their father in their life as a constant like he has been. They always look forward to their daddy coming home, after a long day of work. Andrew has held his family extremely tight, after losing his beloved grandparents and going through such trauma this past year. The good Lord has set a path for my son Andrew, I pray it gives him comfort and peace in his future.

Sincerely,

/es/ Melanie Hannon
Mom



To Whom it May Concern,

I have known Andrew for over a decade. In the time I have gotten to know Andrew and watch him grow into a loving husband and devoted father. I've been able to see the strong foundation that was instilled in him by his parents, prove positive as he is a stand up man and father. I have entrusted Andrew to be my friend but also with his skills as a carpenter. Please consider his family's need to have such a role model in their lives without whom they may miss the opportunity to have a strong foundation imparted. I know there is burden of consequence but there is also grace in justice. I know your decision is judicious and carry's obligation to your position. I ask that you favor grace for Andrew.

Sincerely

/es/ Matthew Hannon